## Commonwealth *v.* Hoskin, Appellant.

Submitted March 8, 1971. *Gerald E. Ruth,* Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for proceeding consistent with the decision of the Supreme Court in *Commonwealth v. Sheehan,* 446 Pa. 35, 285 A. 2d 465 (1971).

WRIGHT, P. J., would affirm the order of the court below.